NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTONIO J. SCREEN, DOC #T58533,　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　　Appellant,　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　　）　　　Case No.  2D18-4914
　　　　　　　　　　　　　　　　　　　）
STATE OF FLORIDA,　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　　Appellee.　　　　　　　　　）
_____）

Opinion filed August 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

　　　　　　Affirmed.

SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.